Kaplan, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



VRINGO, INC., and
VRINGO INFRASTRUCTURE, INC.

                       Plaintiffs,

v.

ZTE CORPORATION, and
ZTE USA Inc.,

                       Defendants

Civil Action No. 14-cv-4988 (LAK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/14

## PROPOSED JOINT DISCOVERY PLAN

The parties hereby submit this proposed Joint Discovery Plan.

| Date | Event |
|---|---|
| 3/31/15 | Document production to be substantially completed |
| 6/5/15 | Fact Discovery to be Completed |
| 7/10/15 | Opening expert reports to be served by the party bearing the burden of proof on each issue |
| 8/14/15 | Rebuttal expert reports to be served |
| 9/11/15 | Expert discovery to be completed |
| 10/15/15 | Deadline to file dispositive motions |

The parties will exchange Initial Disclosures under Fed. R. Civ. P. 26 (a) (1) by no later than October 10, 2014. The scope, timing and sequencing of discovery shall be as provided in Fed. R. Civ. P. 26 through 35 and the equivalent SDNY Local Rules, except as follows (or further modified by the Court): (1) any deposition using a translator shall not be limited to a

single 7-hour day, but may instead last two 7-hour days; and (2) SDNY Local Rule 33.3 restricting interrogatory substance and timing shall not apply, provided that each party will have forty-five (45) days to respond to any interrogatories.

Pursuant to Fed. R. Civ. P. 26(f)(3), plaintiffs state that they believe that privilege issues will arise, including whether communications between the defendants and their Chinese counsel are protected by any attorney client privilege under Chinese and other applicable law.

The parties contemplate submitting to the Court within the next two weeks a Proposed Protective Order. Each party reserves the right to seek to modify the proposed discovery plan for good cause.

DATED: October 9, 2014

_____
KARL GEERCKEN
AMBER WESSELS-YEN
Alston & Bird LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

*Attorneys for Plaintiffs Vringo, Inc.
and Vringo Infrastructure, Inc.*

_____
ROBERT F. PERRY
PAUL A. STRAUS
DAVID A. JOFFE
King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2100
Facsimile: (212) 556-2222

*Attorneys for Defendants ZTE Corporation and ZTE (USA) Inc.*

SO ORDERED

_____
10/21/14

2