# ALSTON&BIRD LLP

90 Park Avenue
New York, NY 10016

212-210-9400
Fax: 212-922-3994
www.alston.com

Karl Geercken                                   Direct Dial: 212-210-9471                          Email: karl.geercken@alston.com

December 1, 2014

*VIA ECF*

Hon. Lewis A. Kaplan
United States Courthouse
500 Pearl Street, Courtroom 15C
New York, NY 10007-1312

      Re:    *Vringo, Inc. v. ZTE Corp., et al.*, No. 14-cv-4988

Dear Judge Kaplan:

     I write on behalf of plaintiffs Vringo, Inc. and Vringo Infrastructure, Inc. (collectively, "Vringo") in connection with the parties' respective Fed. R. Civ. P. 12(c) motions in the above-captioned matter. With the filing of the defendants' reply in further support of their 12(c) motion today, we believe the competing motions to be fully-briefed.

     Pursuant to the Court's Individual Rules, I write to advise the Court that my co-counsel Amber Wessels-Yen and I are unavailable for oral argument on December 8 and 15, and on January 5 and 12.

                                              Respectfully submitted,

                                              Karl Geercken

cc: counsel of record (via ECF)