# Exhibit A

**Wessels-Yen, Amber**

**From:** Alexander Berger <ABerger@vringoinc.com>
**Sent:** Tuesday, January 13, 2015 7:37 AM
**To:** David L Cohen; Andrew Perlman; James M. Bodner; Anastasia Nyrkovskaya
**Subject:** Fwd: 调查函
**Attachments:** 调查函.JPG

# Redacted

Begin forwarded message:

> From: 刘建 <liujian@ndrc.gov.cn>
> Date: January 13, 2015 at 4:10:44 AM EST
> To: aberger <aberger@vringo.com>
> Subject: 调查函
> Reply-To: 刘建 <liujian@ndrc.gov.cn>
>
> Mr Alexander R. Berger:
>
> I'm Liu Jian, Deputy Director, Bureau of Price Supervision and Anti-monopoly, NDRC, PRC. The Attachment is an investigation notice. Vringo should dispatch reprentatives of your company to NDRC for the investigation within 10 days.
>
> January 13, 2015



1

# 中华人民共和国国家发展和改革委员会

## 协助调查函

维睿格公司（Vringo.Inc.）、维睿格基础设备公司（Vringo Infrastructure.Inc.）：

近日，我委接到举报，你公司涉嫌违反《中华人民共和国反垄断法》，实施垄断行为。特请你公司于收到本函件之日起十日内，指派相关人员来我委协助调查。

依据《中华人民共和国反垄断法》的规定，对本机关依法实施的调查，你公司应当配合，如实提供相关材料、信息，否则将承担相应的法律责任。

联系人：刘健　王洋林

电　话：86-10-68505876　86-10-68502316

传　真：86-10-68501861

电子邮件：liujian@ndrc.gov.cn



2015年1月12日

(NDRC Official Letterhead)

## Letter of Requesting Assistance with Investigation

To: Vringo, Inc & Vringo Infrastructure ,INC

    Recently, we (NDRC) received a claim that your corporation has violated "Anti-Monopoly Law of P.R. China" and has conducted monopoly actions. We therefore request your corporation to send a representative to NDRC within ten days of receiving this notice to assist us with the investigation.

    According to the Anti-Monopoly Law of P.R. China, your corporation should cooperate with us and provide relevant documents as well as information in a faithful way. Otherwise, your corporation would bear corresponding legal responsibilities.

    Contact Person: Liu Jian, Wang Yanglin
    Tel: 86-10-68505876  86-10-68502316
    Fax: 86-10-68501861
    Email: liujian@ndrc.gov.cn

    (NDRC Anti-Monopoly Seal)
    January 12, 2015