UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
VRINGO, INC., et ano.,

                Plaintiffs,

      -against-                                    14-cv-4988 (LAK)

ZTE CORPORATION, et ano.,

                Defendants.
------------------------------------------------x
ZTE CORPORATION,

                Plaintiff,

      -against-                                    15-cv-0986 (LAK)

VRINGO, INC., et ano.,

                Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The Court will hold a conference in Courtroom 21B on April 7, 2015 at 10:00 a.m.

        SO ORDERED.

Dated:     April 2, 2015

                                                              _____
                                                                  Lewis A. Kaplan
                                                             United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/15