UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VRINGO, INC., et ano.

                           Plaintiffs,

v.

ZTE CORPORATION, et ano.

                           Defendants

Civ. No. 14-cv-4988 (LAK)

---

ZTE CORPORATION,

                           Plaintiff,

v.

VRINGO, INC., et ano.

                           Defendants

Civ. No. 15-cv-0986 (LAK)

## JOINT STIPULATION FOR EXTENSION OF DISCOVERY

ZTE and Vringo (collectively, "the parties") respectfully submit this joint stipulation for an extension of discovery in the above-captioned cases.

On April 7, 2015, the Court held a pretrial conference and consolidated the above captioned cases for the purposes of pretrial discovery. The April 7, 2015 Order (Dkt. No. 46) established the discovery deadlines for these cases. At the June 23, 2015, conference the parties requested and received a two week extension to the deadline for substantial completion of document production. The parties indicated that they may similarly submit a stipulation requesting an extension to the deadline for completion of discovery. The parties have conferred and hereby submit this stipulation.

1

The parties are working diligently to complete discovery according to the deadlines set forth in the April 7 Order. Pursuant to that Order, each party represents that it has recently substantially completed their document productions. However, because both parties have produced tens of thousands of pages of responsive documents in the last week, and because some of the produced documents are not in English, the parties respectfully request a reasonable amount of additional time to complete review of each other's respective productions. The parties have also served substantial written discovery requests, and partially responded to written discovery. Vringo also served third party subpoenas and is negotiating with the third parties regarding the scope of responsive information to be produced. The additional time required to review the respective productions and outstanding written discovery responses will also reduce the time for additional deponents to be identified and for the already-noticed depositions to be taken before the completion of fact discovery.

Deposition practice has already begun and other depositions are already scheduled and noticed, but the parties request more time in which to schedule and take depositions of additional fact witnesses that have not yet been scheduled or noticed. In addition, because the depositions of ZTE witnesses require the use of translators and additional days of testimony, additional days are necessary to complete those party depositions. Another complicating factor is that almost all of ZTE's witnesses are located overseas and require visas to travel to the United States. Vringo represents that it will produce all of its deponents for deposition by the requested September 3, 2015 extension date. ZTE represents that it will make all reasonable efforts to produce all of its deponents for deposition by the requested September 3, 2015 extension date. For those witnesses whose deposition must proceed in the United States, to the extent that any of them are not able to obtain visas to travel to the United States by September 3, 2015, ZTE represents that

it will produce those witnesses for deposition in the United States as soon as they are able to obtain the necessary visas.

If the Court is willing to grant the additional time for fact discovery, the parties likewise request an extension of roughly equal length for the completion of expert discovery, so as to preserve sufficient time for expert discovery. Therefore, the parties request an extension of the current deadlines for fact and expert discovery as follows:

| Date | Event |
| --- | --- |
| 9/3/2015 | Fact Discovery to be completed (with the possible exception of ZTE witnesses with visa issues) |
| 11/5/2015 | Opening expert reports to be served by the party bearing the burden of proof on each issue |
| 12/10/2015 | Rebuttal expert reports to be served |
| 1/14/2016 | Expert discovery to be completed |
| 2/16/2016 | Deadline to file dispositive motions ⎣ joint pretrial order ltr |

Respectfully submitted,

Dated: July 22, 2015

Charles M. McMahon
Brian A. Jones
McDERMOTT WILL & EMERY
227 West Monroe Street
Chicago, IL 60606
Tel: (312) 984-7641
Fax: (312) 984-7700
cmcmahon@mwe.com

Jay H. Reiziss
McDERMOTT WILL & EMERY
500 N. Capitol St., NW
Washington, DC 20001

Karl Geercken
Amber Wessels-Yen
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
karl.geercken@alston.com
amber.wessels-yen@alston.com

Mark A. McCarty
ALSTON & BIRD LLP

3

Tel: (202) 756-8646
Fax: 202 756 8087

Jeffrey J. Catalano
BRINKS GILSON & LIONE
455 N. Cityfront Plaza Drive
Suite 3600
Chicago, IL 60611
Tel: (312) 321-4200
Fax: (312) 321-4399
jcatalano@brinksgilson.com

Robert F. Perry
Paul A. Straus
David A. Joffe
KING & SPALDING LLP
1185 Ave. of the Americas
New York, NY 10036
Tel: (212) 556-2100
Fax: (212) 556-2222
rperry@kslaw.com
pstraus@kslaw.com
djoffe@kslaw.com

*Attorneys for ZTE Corporation and ZTE (USA) Inc.*

One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Fax: (404) 881-7777
mark.mccarty@alston.com
*Attorneys for Vringo, Inc. and Vringo Infrastructure, Inc.*

SO ORDERED:

*The parties should proceed on the assumption that there will be no further extensions.*

_____
Honorable Lewis A. Kaplan
United States District Judge

7/24/15

LAK