UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VRINGO INC. and VRINGO                    Civ. Action No.
INFRASTRUCTURE, INC.,                     14-cv-4988 (LAK)

        Plaintiffs,

   -against-

ZTE CORPORATION and ZTE (USA) INC.,

        Defendants.
-----------------------------------------------------------X
ZTE CORPORATION,                          Civ. Action No.
                                          15-cv-0986 (LAK)
        Plaintiff,

   -against-

VRINGO INC. and VRINGO
INFRASTRUCTURE, INC.,

        Defendants.
-----------------------------------------------------------X

# NOTICE OF MOTION TO
# MODIFY THE COURT'S JULY 24, 2015 ORDER

**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in support of this motion, the Declaration of Wendy L. Wysong dated August 5, 2015 and the exhibits attached thereto, ZTE Corporation and ZTE (USA) Inc. (collectively, "ZTE"), by their undersigned attorneys, will move this Court before the Honorable Lewis A. Kaplan, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time designated by the Court, for an order granting their Motion to Modify the Court's July 24, 2015 Order so as to allow the deposition of Guo Xiaoming to take place outside

the United States.

Dated: New York, NY
August 5, 2015

CLIFFORD CHANCE US LLP

 s/  Jeff E. Butler
Jeff E. Butler
John P. Alexander
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Tel 212.878.8000

Robert F. Perry
Paul A. Straus
David A. Joffe
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Tel: 212.556.2100
Fax: 212.556.2222

Jeffrey J. Catalano
BRINKS GILSON & LIONE
NBC Tower – Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Fax.: 312.321.4299
Tel.: 312.840.3281

Charles M. McMahon
Brian A. Jones
MCDERMOTT WILL & EMERY
227 West Monroe Street
Chicago, IL  60606
Tel:  312.984.7641
Fax:  312.984.7700

Jay H. Reiziss
MCDERMOTT WILL & EMERY
500 N. Capitol St., NW
Washington, DC 20001
Tel:  202.756.8646
Fax:  202.756.8087

ATTORNEYS FOR ZTE CORPORATION
and ZTE USA INC.